1 highest level of appeal available to him and wrote "verbal grievance" as the explanation for why
2 he did not so. Complaint, p. 2. Daniels needs to explain that answer in his amended complaint,
3 such that he either shows that he has exhausted administrative remedies or that there is an
4 exception to the exhaustion requirement that applies to him.

## CONCLUSION

The complaint is DISMISSED with leave to amend. The amended complaint must be filed no later than **October 5, 2007** and cure all the deficiencies identified in this order. The amended complaint must include the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page. Plaintiff is cautioned that his amended complaint must be a complete statement of his claims and will supersede existing pleadings. See London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981) ("a plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint.") Failure to timely file the amended complaint will result in the dismissal of this action.

The motion to proceed in forma pauperis is GRANTED. (Docket # 3.)

Processing of this action has been delayed because Daniels did not keep the court informed of his current address. He is cautioned that he must file a "notice of change of address" informing the court each time his address changes.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
SUSAN ILLSTON
United States District Judge

5