UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. DANIELS, | No. C 07-618 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPT., | |
| Defendant. / | |

On September 4, 2007, the court found that the complaint in this action did not state a claim for relief and ordered plaintiff to file an amended complaint by October 5, 2007, cautioning that the failure to file the amended complaint by the deadline would result in the dismissal of the action. The order was sent to him at the address he provided to the court, but it came back marked as undelivered because there was "no such person" at the address. Plaintiff did not file an amended complaint and deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge