1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. DANIELS, | No. C 07-618 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPT., | |
| Defendant. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge